**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CR256-6**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **TIMOTHY OLEN MORRIS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, pursuant to a motion filed by defendant's counsel on November 21, 2006 entitled, "Motion for Bond Hearing"(#52) and it appearing to the court at the call of this matter on for hearing that the Government was present through Assistant United States Attorney, Corey Ellis, and the defendant was present with his counsel, Reid G. Brown, and it appearing to the court from the records in this cause that on October 23, 2006 that the defendant waived the detention hearing and requested that his detention hearing be continued for hearing at a later time. Thereafter, on November 21, 2006 the defendant requested that a detention hearing be scheduled. At the call of this matter on for hearing, the defendant requested that his motion for a hearing regarding terms and conditions of pretrial release be continued so that the defendant could attend and complete the Jail Based Inpatient Treatment Program. It appearing to the court that the Government had no objection to such motion.

**ORDER**

WHEREFORE, IT IS **ORDERED** that the defendant's "Motion for Bond Hearing" (#252) is hereby **CONTINUED** and it is further ordered that the Order of Detention Pending

Trial entered in this matter on October 23, 2006 is hereby **AMENDED** to provide that defendant will be allowed to attend and complete the Jail Based Inpatient Treatment Program and at that time, defendant's counsel will be allowed to file a motion requesting that the court reconsider the issue of the pretrial release of the defendant.

Signed: January 5, 2007

Dennis L. Howell
United States Magistrate Judge